ROLAND ORBE ESQ
449 60th Street
West New York NJ 07093
(201) 869 – 7118
Attorney for Plaintiff

―――――――――――x
RAMON REYES

    Plaintiff
-vs-

KEITH MACHINERY CORP.,
THE J.H. DAY COMPANY,
DAY-MIXING COMPANY
AND JOHN DOE 1-100
( a Fictitious name) individually
And/or t/a XYZ Co., 1-100 (a
Fictitious name); and ABC
Corporation 1-100 (a fictitious
Name); JANE DOE 1-100 (a
Fictitious Name)
    Defendant(s)
―――――――――――X

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Civil Action No. 2:09-cv-05309

CIVIL ACTION

CONSENT ORDER TO
AMEND COMPLAINT

    THIS MATTER having been opened to the Court by Roland Orbe Esq., attorney for plaintiff, Ramon Reyes, with the consent of counsel for the defendant, Keith Machinery Corp., the law offices of Sedgwick, Detert, Moran and Arnold, for an order seeking to amend the complaint in the within matter to add as additional defendants, Littleford Brothers, Inc., Littleford Day, Inc., LFB, Inc., and Makino Inc., and to omit from the complaint defendants, J.H. Day Company and Day-Mixing Company; and the court having considered the matter and good cause appearing;

    IT IS on this 30th day of March _____ 2010;

ORDERED that plaintiff, Ramon Reyes, be permitted to amend the Complaint to include as additional defendants, Littleford Brothers, Inc., Littleford Day, Inc., LFB Inc., and Makino Inc. and to omit from the complaint defendants, J.H. Day Company and Day-Mixing Company.

*/s/ M.A. Shipp*
Honorable Michael A. Shipp, U.S.M.J.

I hereby consent to the entry of this Order.

*/s/ Roland Orbe*
ROLAND ORBE, ESQ.
Attorney for Plaintiff, Ramon Reyes

I hereby consent to the entry of this Order.

*/s/ Abigail Bowen*
Sedgwick, Detert, Moran & Arnold, LLP
By: Abigail Bowen, Esq.
Attorney for Defendant, Keith Machinery Corp.