GINARTE, O'DWYER GONZALEZ, GALLARDO & WINOGRAD, L.L.P.
400 MARKET STREET
NEWARK, NEW JERSEY 07105
(973) 854-8400
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| RAMON REYES, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| | Civil Action No: 2:09-cv-05309 |
| PLAINTIFF | CIVIL ACTION |
| - VS - | |
| KEITH MACHINERY CORP; LITTLEFORD BROTHERS INC; LITTLEFORD DAY INC; LFB INC; MAKINO INC; AND JOE DOE 1-100 (A fictitious name) individually and/or t/a XYZ Co., 1-100 (a fictitious name); and ABC Corporation 1-100 ( a fictitious name); JANE DOE 1-100 (a fictitious name) | **SUBSTITUTION OF ATTORNEY** |
| DEFENDANTS. | |

The undersigned hereby consents to the substitution of Richard Winograd, Esq. of the law firm of Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP for the plaintiff, Ramon Reyes, in the above entitled case.

Dated: May 17, 2010

_____         _____
RICHARD WINOGRAD, ESQ.                   ROLAND ORBE, ESQ.
*Superseding Attorney*                   *Withdrawing Attorney*