```
2010060116240 9
```

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: | SUMMONS, AMENDED COMPLAINT, CONSENT ORDER TO AMEND COMPLAINT |
| EFFECTED (1) BY ME: | Valentina Doming |
| TITLE: PROCESS SERVER | DATE: 6/3/10 @ 1:45 p.m. |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

LITTLEFORD BROTHERS, INC    via Dee Webster

Place where served: 7451 Empire Dr
Florence, Ky 41042

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Authorized Agent

Description of person accepting service:

SEX: F   AGE: 36   HEIGHT: 5-4   WEIGHT: 125   SKIN: W   HAIR: blonde   OTHER: glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___ . ___     SERVICES $ ___ . ___     TOTAL $ ___ . ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6 / 3 / 2010

SIGNATURE OF Valentina Doming L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | ROLAND ORBE, ESQ |
| PLAINTIFF: | RAMON REYES |
| DEFENDANT: | KEITH MACHINERY CORP., ET AL |
| VENUE: | DISTRICT OF NJ |
| DOCKET: | 2 09 CV 5309 DRD MAS |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JSV

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | SUMMONS, AMENDED COMPLAINT, CONSENT ORDER TO AMEND COMPLAINT |
|---|---|
| EFFECTED (1) BY ME: | Valentine Derning |
| TITLE: | PROCESS SERVER    DATE: 6/3/10 @ 1:45pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

L.F.B., INC    Dee Webster

Place where served: 7451 Empire Dr
Florence, KY 41042

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Authorized Agent

Description of person accepting service:

SEX: F  AGE: 36  HEIGHT: 5-4  WEIGHT: 125  SKIN: W  HAIR: blonde  OTHER: glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6/3/20 10

SIGNATURE OF Valentine Derning /L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | ROLAND ORBE, ESQ |
|---|---|
| PLAINTIFF: | RAMON REYES |
| DEFENDANT: | KEITH MACHINERY CORP., ET AL |
| VENUE: | DISTRICT OF NJ |
| DOCKET: | 2 09 CV 5309 DRD MAS |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JSV



AO 440 (Rev. 10/93) Summons in a Civil Action  **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, AMENDED COMPLAINT, CONSENT ORDER TO AMEND COMPLAINT**
EFFECTED (1) BY ME:
TITLE: **PROCESS SERVER**  DATE: 6-3-10 AT 5PM

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

JUN 14 2010

[ ] Served personally upon the defendant:

MAKINO, INC

Place where served: 7680 Innovation Way MC A3 Mason OH 45040

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Jill Wright

Relationship to defendant: Administrative Assistant - Authorized

Description of person accepting service:

SEX: F  AGE: 40'S  HEIGHT: 5'7"  WEIGHT: 160  SKIN: W  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__   SERVICES $ ____.__   TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6/3/2010

Gary U. Nevills, P.S.
SIGNATURE OF GARY U. NEVILLE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: ROLAND ORBE, ESQ
PLAINTIFF: RAMON REYES
DEFENDANT: KEITH MACHINERY CORP,, ET AL
VENUE: DISTRICT OF NJ
DOCKET: 2 09 CV 5309 DRD MAS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SNP

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 6·3·10 AT 5:00 PM | |
| NAME OF SERVER (PRINT) Gary J Neville | TITLE Field Agent | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Jill Wright - Authorized Administrative Assistant

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6·3·10
Date

Signature of Server: Gary J. Neville

Address of Server

SNP

THIS IS ONLY FOR ALTERNATE SERVICE. DO NOT FILL OUT UNLESS DIRECT PERSONAL SERVICE CANNOT BE PERFORMED ON THE DEFENDANT

**GENERAL AFFIDAVIT** Case No.: CV51C010891⁴
**FOR REQUEST OF 536**
Defendant's Name: Gerardo Silva

STATE of Ohio

Franklin COUNTY

BEFORE ME, the undersigned Notary, _____ on this _____ day of _____, 20___, personally appeared _____ known to me to be a credible person and of lawful age, who being by me first duly sworn, on his/her oath, deposes and says:

Service Attempt: June 1st 7:30 pm
Service Attempt: June 2nd 7:30 pm
Service Attempt: June 3rd 8 am
Brief explanation for request for alternate service (evading, out of country, confirmed residence but unable to make direct contact, etc..) June 3rd Contact Miss Crane who has live there Since May 1st Gerardo Silva does not live at this Address 6370 Evesham Dr., Canal Winchester, Oh.

I am requesting permission to serve the documents by door attachment or to anyone within the residence 16 years of age or older.

_Signature of Deputy/Process Server_
_Requesting 536_

Subscribed and sworn to before me, this 7th day of June, 20 16.

_Signature of Notary_

**Jeffrey A. Cremeans**
Notary Public, State of Ohio
My Commission Expires 6-14-14

> This document is being included in the event alternate service is needed, as Texas only allows for personal service. If direct contact with the defendant cannot be made or if defendant is evading, please fill out this affidavit with dates and times of the service attempts, brief explanation for request, and send back with the original citations to our office. New citations with permission for alternate service will be issued by the court and mailed back to your office for service again.