UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ramon Reyes,                          :        Civil Action No.  2:09-cv-05309
                                      :
            v.                        :
                                      :
Keith Machinery Corp, et al.          :
                                      :

### DISCLOSURE STATEMENT

The undersigned counsel for   Littleford Day, Inc.                          ,
certifies that this party is a non-governmental corporate party and that:

☐    This party's parent corporation, and all publicly held corporations owning 10% or more
     of this party's stock, are listed here:

_____

_____

_____

_____

## OR

☒    This party does not have a parent corporation, nor is there any publicly held corporation
     that owns 10% or more of this party's stock.

_____        Sweeney & Sheehan, P.C.
Signature of Attorney                   Name of Firm

J. Michael Kunsch                        1515 Market Street, 19th Floor
Print Name                              Address

6/22/10                                  Philadelphia, PA 19102
Date                                    City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.            DNJ-CMECF-005 (5/2/08)

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| RAMON REYES, | CIVIL ACTION |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| KEITH MACHINERY CORP., LITTLEFORD BROTHERS, INC., LITTLEFORD DAY, INC., LFB INC., MAKINO INC. AND JOHN DOE 1-100 (a Fictitious name) individually and/or t/a XYZ Co., 1-100 (a Fictitious name); and ABC Corporation 1-100 (a Fictitious name); JANE DOE 1-100 (a Fictitious name), | NO. 2:09-cv-05309-DRD-MAS |
| Defendants. | **Certification of Service** |

A true and correct copy of the **DISCLOSURE STATEMENT OF DEFENDANT,**

**LITTLEFORD DAY, INC.,** has been served on all parties via their counsel of record through

the Court's ECF System this 22nd day of June, 2010.  For any counsel not registered to receive

filings electronically, a copy of the foregoing will be sent by regular U.S. Mail, postage pre-paid.

**SWEENEY & SHEEHAN**

By:   s/J. Michael Kunsch
          J. Michael Kunsch
          Identification No. JK 4607
          michael.kunsch@sweeneyfirm.com
          Attorney for Defendants,
          Makino, Inc., Littleford Brothers, Inc.,
          Littleford Day, Inc. and LFB Inc.