UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Ramon Reyes,** : | |
| : | |
| Plaintiff, : | Civil Action No. 09-5309 (DRD)(MAS) |
| : | |
| v. : | |
| : | **THIRD AMENDED** |
| **Keith Machinery Corp., et al.,** : | **SCHEDULING ORDER** |
| : | |
| Defendants. : | |

**THIS MATTER** having come before the Court by way of Defendant Keith Machinery Corporation's ("KMC") January 10, 2011 letter submission (Doc. No. 46) requesting extensions of certain discovery dates due to the unavailability of KMC's witness; and all parties having consented; and the Court finding that the unavailability of one witness does not necessitate lengthy extensions of all remaining discovery dates; and for other good cause shown,

IT IS on this **11th** day of **January, 2011**,

**ORDERED THAT:**

1. All fact discovery shall be completed by **February 21, 2011**.

2. There shall be an in-person settlement conference on **February 23, 2011** at 3:00 p.m. All trial counsel and clients with full settlement authority must attend in person. One week prior to the conference, the parties shall each submit an *ex parte* confidential settlement position letter to this Court via facsimile to 973-645-4412. The letter shall set forth the status of the case and each party's confidential settlement position, including monetary offers and demands. Letters without explicit offers and demands will not be accepted.

3. All affirmative expert reports shall be produced by **February 28, 2011**.

4. All rebuttal expert reports shall be produced by **March 28, 2011**.

5. All expert depositions shall be completed by **April 28, 2011**.

6. Summary judgment motions shall be by **March 7, 2011**. Any opposition to such motions shall be filed by **March 21, 2011** and reply papers shall be filed by **March 28, 2011**.

7. The parties are reminded that there is a telephone status conference scheduled for **April 7, 2011** at **1:00 p.m.** Plaintiff's counsel shall initiate the call to 973-645-3827. One week prior to the conference, the parties shall submit a joint status letter to this Court setting forth the status of the case and each party's position regarding any discovery-related disputes.

8. Even if dispositive motions are pending, a joint proposed final pretrial order shall be submitted to this Court by **May 30, 2011**. The proposed order shall comply with the Hon. Dickinson R. Debevoise's template, attached to this Court's August 10, 2010 Order. (Doc. No. 39.)

9. There shall be a final pretrial conference on **June 13, 2011** at **11:00 a.m.** in Newark – Courtroom 2C before the Hon. Michael A. Shipp. U.S.M.J.

_____
MICHAEL A. SHIPP
**UNITED STATES MAGISTRATE JUDGE**