UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Ramon Reyes,** : | |
| : | |
| Plaintiff, : | Civil Action No. 09-5309 (DRD)(MAS) |
| : | |
| v. : | |
| : | **FOURTH AMENDED** |
| **Keith Machinery Corp., et al.,** : | **SCHEDULING ORDER** |
| : | |
| Defendants. : | |

**THIS MATTER** having come before the Court by way of Plaintiff's February 22, 2011 letter submission; and for other good cause shown,

**IT IS** on this **23rd** day of **February, 2011**,

**ORDERED THAT:**

1. All affirmative expert reports shall be produced by **March 28, 2011**.

2. All rebuttal expert reports shall be produced by **April 28, 2011**.

3. All expert depositions shall be completed by **May 28, 2011**.

4. Summary judgment motions shall be by **April 8, 2011**. Any opposition to such motions shall be filed by **April 18, 2011** and reply papers shall be filed by **April 25, 2011**.

5. The parties are reminded that there is a telephone status conference scheduled for **April 7, 2011** at **1:00 p.m.** Plaintiff's counsel shall initiate the call to 973-645-3827. One week prior to the conference, the parties shall submit a joint status letter to this Court setting forth the status of the case and each party's position regarding any discovery-related disputes.

6. Even if dispositive motions are pending, a joint proposed final pretrial order shall be submitted to this Court by **June 28, 2011**. The proposed order shall comply with the Hon. Dickinson R. Debevoise's template, attached to this Court's August 10, 2010 Order (Doc. No. 39).

7. There shall be a final pretrial conference on **July 6, 2011** at **10:30 a.m.** in Newark – Courtroom 2C before the Hon. Michael A. Shipp. U.S.M.J.

8. Absent extenuating circumstances, no additional extensions or adjournments shall be granted.

9. All other dates, terms or provisions set forth in this Court's previous Scheduling Orders shall remain in full force and effect.

    s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**