09-DRD -MAS    Document 57    Filed 04/07/11    Page 1

**CLERK, UNITED STATES DISTRICT COURT**
402 E. STATE ST., ROOM 2020
TRENTON, NJ 08608

OFFICIAL BUSINESS

07601371986000500

RECEIVED
APR 07 2011
AT 8:30
WILLIAM T. WALSH
CLERK — M

neopost
04/05/2011
US POSTAGE $00.44⁰

FIRST-CLASS MAIL

ZIP 08608
041L11214750

```
FORWARD TIME EXP RTN TO SEND
:LOUGHLIN & LATIMER
120 FLOYD AVE
BLOOMFIELD NJ 07003-5610
     RETURN TO SENDER
```

X 085 NFE 1 C09I 00 04/05/11

Case 2:09-cv-05309-DRD -MAS   Document 57   Filed 04/07/11   Page 2 of 6 PageID: 404
Case 2:03-cv-05309-GEB -MCA   Document 259   Filed 04/05/11   Page 1 of 2 PageID: 10940
Case 2:03-cv-05309-GEB -MCA   Document 251-3   Filed 03/11/11   Page 1 of 2 PageID: 10123

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR ZAVALA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | CIVIL ACTION NO. 03-CIV-05309 (GEB) <br><br> DOCUMENT ELECTRONICALLY FILED <br><br> [PROPOSED] ORDER TO APPROVE SETTLEMENT AND DISMISS CLAIMS OF FELIPE CONDADO, EUNICE GOMEZ, JIRI PFAUSER, HANA PFAUSEROVA, CARLOS TELLO, AND VICTOR ZAVALA TORRES |

**THIS MATTER** having been opened to the Court by Willkie Farr & Gallagher LLP (Thomas H. Golden and David P. Murray, Esq., admitted *pro hac vice*, appearing), attorneys for defendant Wal-Mart Stores, Inc. ("Wal-Mart") and Garcia and Kricko (Gilberto M. Garcia appearing), attorneys for plaintiffs, by way of a Joint Motion to Approve Settlement and Dismiss Claims of Felipe Condado, Eunice Gomez, Jiri Pfauser, Hana Pfauserova, Carlos Tello, and Victor Zavala Torres, and the Court having considered the submissions of the parties and for good cause shown;

**IT IS THIS** 5th day of **April**, 2011, **ORDERED** that the Joint Motion to Approve Settlement and Dismiss Claims of Felipe Condado, Eunice Gomez, Jiri Pfauser, Hana Pfauserova, Carlos Tello, and Victor Zavala Torres, be and hereby is granted; and it is further

**ORDERED**, that all claims having been asserted by Felipe Condado, Eunice Gomez, Jiri Pfauser, Hana Pfauserova, Carlos Tello, and Victor Zavala Torres in this proceeding are hereby dismissed with prejudice; and it is further

Case 2:09-cv-05309-DRD -MAS   Document 57   Filed 04/07/11   Page 3 of 6 PageID: 405
Case 2:03-cv-05309-GEB -MCA   Document 259   Filed 04/05/11   Page 2 of 2 PageID: 10941

Case 2:03-cv-05309-GEB -MCA   Document 251-3   Filed 03/11/11   Page 2 of 2 PageID: 10124

**ORDERED**, that a true copy of this Order be served upon all counsel within _7_ days of the date hereof.

_____
Hon. Garrett E. Brown Jr., U.S.D.J.

## Orders on Motions
<u>2:03-cv-05309-GEB -MCA ZAVALA, et al v. WAL-MART CORPORATION, et al</u>
RULE16, SCHEDO

U.S. District Court

District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 4/5/2011 at 2:43 PM EDT and filed on 4/5/2011
**Case Name:**        ZAVALA, et al v. WAL-MART CORPORATION, et al
**Case Number:**      <u>2:03-cv-05309-GEB -MCA</u>
**Filer:**
**Document Number:** <u>260</u>

**Docket Text:**
**ORDER granting [257] Joint Motion to Approve Settlement; Ordering that all claims having been asserted by Octavio Denicia are dismissed with prejudice. Signed by Chief Judge Garrett E. Brown, Jr on 4/5/2011. (eaj)**


**2:03-cv-05309-GEB -MCA Notice has been electronically mailed to:**

GILBERTO M GARCIA     krickogarcia@aol.com

JAMES L. LINSEY     jlinsey@cwsny.com

THOMAS H. GOLDEN     mao@willkie.com, astaron@willkie.com, awhite@willkie.com, dmurray@willkie.com, maodc1@willkie.com, nwagner@willkie.com, tgolden@willkie.com

**2:03-cv-05309-GEB -MCA Notice will not be electronically mailed to::**

MICHAELENE LOUGHLIN
LOUGHLIN & LATIMER
131 MAIN STREET
SUITE 235
HACKENSACK, NJ 07601

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/5/2011] [FileNumber=4931972-0]
[a59f5cfc17e02dc698c14895668632769e5e625ec2ccdd8fdc40189f16673090ec8c
94c9c47569db57aca13f07fec01df4941e089a6039322c943fce7426e2f9]]

Case 2:09-cv-05309-DRD -MAS   Document 57   Filed 04/07/11   Page 5 of 6 PageID: 407
Case 2:03-cv-05309-GEB -MCA   Document 260   Filed 04/05/11   Page 1 of 1 PageID: 10942
Case 2:03-cv-05309-GEB -MCA   Document 257-3   Filed 03/25/11   Page 1 of 1 PageID: 10922

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR ZAVALA, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | CIVIL ACTION NO. 03-CIV-05309 (GEB)<br><br>DOCUMENT ELECTRONICALLY FILED<br><br>[PROPOSED] ORDER TO APPROVE SETTLEMENT AND DISMISS CLAIMS OF OCTAVIO DENICIA |

**THIS MATTER** having been opened to the Court by Willkie Farr & Gallagher LLP (Thomas H. Golden and David P. Murray, Esq., admitted *pro hac vice*, appearing), attorneys for defendant Wal-Mart Stores, Inc. ("Wal-Mart") and Garcia and Kricko (Gilberto M. Garcia appearing), attorneys for plaintiffs, by way of a Joint Motion to Approve Settlement and Dismiss Claims of Octavio Denicia, and the Court having considered the submissions of the parties and for good cause shown;

**IT IS THIS** 5th day of APRIL, 2011, **ORDERED** that the Joint Motion to Approve Settlement and Dismiss Claims of Octavio Denicia, be and hereby is granted; and it is further

**ORDERED**, that all claims having been asserted by Octavio Denicia in this proceeding are hereby dismissed with prejudice; and it is further

**ORDERED**, that a true copy of this Order be served upon all counsel within 7 days of the date hereof.

                                                                     _____
                                                                     Hon. Garrett E. Brown Jr., U.S.D.J.

Orders on Motions
2:03-cv-05309-GEB -MCA ZAVALA, et al v. WAL-MART CORPORATION, et al
RULE16, SCHEDO

U.S. District Court

District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 4/5/2011 at 2:40 PM EDT and filed on 4/5/2011
**Case Name:**     ZAVALA, et al v. WAL-MART CORPORATION, et al
**Case Number:**   2:03-cv-05309-GEB -MCA
**Filer:**
**Document Number:** 259

Docket Text:
ORDER granting [251] Joint Motion for Settlement ; ordering that all claims having been asserted by Filipe Condado, Eunice Gomez, Jiri Pfauser, Hana Pfauserova, Carlos Tello, and Victor Zavala Torres are dismissed with prejudice. Signed by Chief Judge Garrett E. Brown, Jr on 4/5/2011. (eaj)


**2:03-cv-05309-GEB -MCA Notice has been electronically mailed to:**

GILBERTO M GARCIA     krickogarcia@aol.com

JAMES L. LINSEY     jlinsey@cwsny.com

THOMAS H. GOLDEN     mao@willkie.com, astaron@willkie.com, awhite@willkie.com, dmurray@willkie.com, maodc1@willkie.com, nwagner@willkie.com, tgolden@willkie.com

**2:03-cv-05309-GEB -MCA Notice will not be electronically mailed to::**

MICHAELENE LOUGHLIN
LOUGHLIN & LATIMER
131 MAIN STREET
SUITE 235
HACKENSACK, NJ 07601

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1046708974 [Date=4/5/2011] [FileNumber=4931942-0]
[aa791968bc08a90b5f7b7f445c3b894ada68c9aa6a6633da1988e046aa9cb3c1f2be
b770a2ab3c4f296cb3a3be55d5726fe4d9781dd1080d287cb3dcce66fc4c]]