

# HAWORTH
## COLEMAN & GERSTMAN, LLC

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
*www.hcandglaw.com*

*Scott Haworth*
*Direct: 212.952.1101*
*scott.haworth@hcandglaw.com*

April 22, 2011

*Via ECF and Facsimile to (973) 645-4412*

The Honorable Michael A. Shipp, U.S.M.J.
The United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Reyes v. Keith Machinery Corp., et al.*
    Civil Action No.: 2:09-CV-5309
    Our File No.: 348-1033

Dear Judge Shipp:

This firm represents defendant Keith Machinery Corp. ("KMC") in the above-referenced matter. We are writing to respectfully request, on consent of all parties, a brief, two-week extension of the deadline to serve rebuttal expert reports and remaining discovery deadlines. This request is based upon the fact that our expert is unexpectedly unavailable for the next few weeks, which is beyond the control of KMC.

In particular, we request that the deadlines be extended as follows:

- All rebuttal reports shall be produced by May 17, 2011;
- All expert depositions shall be completed by June 13, 2011;
- The final pretrial conference shall be held on July 19, 2011 at 1:00 pm; and The joint proposed final pretrial order shall be submitted to the Court by July 12, 2011.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Scott Haworth
Haworth Coleman & Gerstman, LLC

*New Jersey Office:* 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182

The Honorable Michael A. Shipp, U.S.M.J.
April 22, 2011
Page 2

So Ordered:

_____
The Honorable Michael A. Shipp, U.S.M.J.
Dated: April 25, 2011

Cc:

Richard Winograd, Esq.
Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP
400 Market Street
Newark, New Jersey 07105

John Michael Kunsch, Esq.
Sweeney and Sheehan
216 Haddon Avenue, Suite 500
Westmont, New Jersey 08108

Elizabeth M. Norton, Esq.
Frost Brown Todd LLC
10 West Broad Street
Columbus, OH 43215-3484