THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| RAMON REYES, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| KEITH MACHINERY CORP., et al. | NO. 2:09-cv-05309-DRD-MAS |
| Defendants. | **Certification of Service** |

A true and correct copy of the **REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS, MAKINO, INC., LITTLEFORD BROTHERS, INC., LITTLEFORD DAY, INC., AND LFB INC.,** has been served on all parties via their counsel of record through the Court's ECF System this 6th day of May, 2011.

Respectfully submitted,

**SWEENEY & SHEEHAN**
By:   s/J. Michael Kunsch
Identification No. 022601991
216 Haddon Avenue, Suite 500
Westmont, NJ 08109
Telephone:  (856) 869-5600
Facsimile:   (856) 869-5605
michael.kunsch@sweeneyfirm.com
*Attorney for Defendants*
*Makino, Inc., Littleford Brothers, Inc.,*
*Littleford Day, Inc. and LFB Inc.*

Of counsel, admitted *pro hac vice*:
Michael K. Yarbrough (Ohio Reg. #0023054)
Elizabeth M. Norton (Ohio Reg. #0082610)
FROST BROWN TODD LLC
10 West Broad Street, Suite 2300
Columbus, Ohio  43215
Telephone: (614) 464-1211
Facsimile:  (614) 464-1737
myarbrough@fbtlaw.com
enorton@fbtlaw.com