UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RAMON REYES,

                Plaintiff,                Civ. No. 09-5309(DRD)

v.                                              **ORDER**

KEITH MACHINERY CORP., et al.,

                Defendants.

      This matter having come before the Court on Motions filed by Defendants Makino, Inc., Littleford Brothers, Inc., Littleford Day, Inc., and LFB Inc. (collectively "Littleford") and Defendant Keith Manufacturing Corp. ("Keith Machinery") for Summary Judgment and the Court having considered the submissions and oral argument of the parties; and for the reasons set forth in an Opinion of even date;

      IT IS on this 8th day of June, 2011, hereby ORDERED that the Littleford and Keith Machinery's Motions for Summary Judgment are GRANTED with respect to Plaintiff's negligence and breach of warranty claims. Counts Two, Four, Five, and Six of Plaintiff's complaint are DISMISSED. Defendants' Motions are otherwise DENIED.

                                                    s/ Dickinson R. Debevoise
                                                    DICKINSON R. DEBEVOISE, U.S.S.D.J.