

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
*www.hcandglaw.com*

*Abigail Bowen*
*Direct: 212.952.1105*
*abigail.bowen@hcandglaw.com*

August 16, 2011

*Via ECF and Facsimile to (973) 645-4412*

The Honorable Michael A. Shipp, U.S.M.J.
The United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Reyes v. Keith Machinery Corp., et al.**
    Civil Action No.: 2:09-CV-5309
    Our File No.: 348-1033

Dear Judge Shipp:

    This firm represents defendant Keith Machinery Corp. ("KMC") in the above-referenced matter. We are writing to respectfully request, a brief adjournment of the pretrial conference from September 9, 2011 to October 6, 2011, due to unavoidable scheduling conflicts. In particular, Scott Haworth, the attorney that is handling the trial in this matter, is scheduled to appear for the following trials: (1) on September 6, 2011, in The United States District Court for the Southern District of New York that will likely last between two and four weeks; and (2) on September 19, 2011, in the Superior Court of New Jersey, Passaic County, that will likely last at least two weeks.

    As of the writing of this letter, we have obtained consent from defendant Littleford but have not yet received a response from plaintiff.

    We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Abigail Bowen
Haworth Coleman & Gerstman, LLC

The Honorable Michael A. Shipp, U.S.M.J.
August 16, 2011
Page 2

So Ordered:

_____
The Honorable Michael A. Shipp, U.S.M.J.
Dated: August _____, 2011


Cc:

Richard Winograd, Esq.
Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP
400 Market Street
Newark, New Jersey 07105

John Michael Kunsch, Esq.
Sweeney and Sheehan
216 Haddon Avenue, Suite 500
Westmont, New Jersey 08108

Elizabeth M. Norton, Esq.
Frost Brown Todd LLC
10 West Broad Street
Columbus, OH 43215-3484