

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Abigail Bowen*
*Direct: 212.952.1105*
*abigail.bowen@hcandglaw.com*

August 17, 2011

*Via ECF and Facsimile to (973) 645-4412*

The Honorable Michael A. Shipp, U.S.M.J.
The United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Reyes v. Keith Machinery Corp., et al.**
    Civil Action No.: 2:09-CV-5309
    Our File No.: 348-1033

Dear Judge Shipp:

    This firm represents defendant Keith Machinery Corp. ("KMC") in the above-referenced matter. Pursuant to the court's instructions, we are writing to follow-up regarding our request for an adjournment of the pretrial conference, which was filed on August 16, 2011. Since filing the request, we have now received consent for the adjournment from all parties. However, plaintiff's counsel is not available on the new proposed date of October 6, 2011. We have confirmed that all parties are available on the afternoon of October 4, 2011, or any time on October 17 or 21, 2011. In the event that the court grants this request, we respectfully request that the deadline for filing the joint pretrial order be extended accordingly.

    We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Abigail Bowen
Haworth Coleman & Gerstman, LLC

*New Jersey Office:* 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182

The Honorable Michael A. Shipp, U.S.M.J.
August 17, 2011
Page 2

So Ordered:


_____
The Honorable Michael A. Shipp, U.S.M.J.
Dated: August _____, 2011


Cc:

Richard Winograd, Esq.
Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP
400 Market Street
Newark, New Jersey 07105

John Michael Kunsch, Esq.
Sweeney and Sheehan
216 Haddon Avenue, Suite 500
Westmont, New Jersey 08108

Elizabeth M. Norton, Esq.
Frost Brown Todd LLC
10 West Broad Street
Columbus, OH 43215-3484