HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
Attorneys for Defendant
KEITH MACHINERY CORP.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
RAMON REYES,

                          Plaintiff,           **Civil Action No. 2:09-CV-05309**
                                            **(DRD/MAS)**

    -against-

KEITH MACHINERY CORP., LITTLEFORD
BROTHERS, INC., LITTLEFORD DAY, INC., LFB    **PROPOSED ORDER**
INC., MAKINO INC., AND JOHN DOE 1-100 (a
fictitious name) individually and/or t/a XYZ Co., 1-
100 (a fictitious name); and ABC Corporation; 1-100
(a fictitious name); JANE DOE 1-100 (a fictitious
name),

                          Defendants.
-------------------------------------------------------------x

THIS MATTER having been brought before the Court upon the joint motion *in limine* by Haworth Coleman & Gerstman, LLC, attorneys for defendant Keith Machinery Corp. ("KMC"), and Frost Brown Todd LLC, attorneys for defendants Makino, Inc., Littleford Brothers, Inc., Littleford Day, Inc. and LFB, Inc. ("Littleford") in this action, seeking preclusion of all evidence of any version of ANSI B177.1 after 1997 and any post-accident modifications to the subject mill at trial, and the Court having considered the papers as well as any opposition, and for good cause shown;

       IT IS on this ___ day of _____, 2012,

ORDERED THAT the motion is granted in favor of KMC and Littleford and plaintiff is precluded from introducing any evidence as to any version of ANSI B177.1 after 1997 and any post-accident modifications to the subject mill at trial.

                                                                                            _____

                                                                                            Hon. Dickinson R. Debevoise, U.S.D.J.

\_\_\_\_\_ Opposed

\_\_\_\_\_ Unopposed