## CERTIFICATE OF SERVICE

I, Abigail Bowen, hereby certify and affirm that a true and correct copy of the attached defendant Keith Machinery Corp.'s **MOTION IN LIMINE** was served via Regular Mail on this 5th day of March, 2012, upon the following:

Richard Winograd, Esq.
Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP
400 Market Street
Newark, New Jersey 07105

John Michael Kunsch, Esq.
Sweeney and Sheehan
216 Haddon Avenue, Suite 500
Westmont, New Jersey 08108

Michael K Yarbrough, Esq.
Elizabeth M. Norton, Esq.
Frost Brown Todd LLC
10 West Broad Street
Columbus, OH 43215-3484

Dated: March 5, 2011

Abigail Bowen (AB 1046)