

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Abigail Bowen*
*Direct: 212.952.1105*
*abigail.bowen@hcandglaw.com*

March 13, 2012

*Via ECF and Regular Mail*

The Honorable Dickinson R. Debevoise, U.S.D.J.
The United States District Court
for the District of New Jersey
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   ***Reyes v. Keith Machinery Corp., et al.***
      Civil Action No.: 2:09-CV-5309

Dear Judge Debevoise:

This firm represents defendant Keith Machinery Corp. ("KMC") in the above-referenced matter. We are writing to respectfully request, on consent of all parties, a brief, four-day extension of the deadline to file oppositions to the various *in limine* motions. The deadline is currently March 19, 2012. Due to the number of motions filed by plaintiff and a previously scheduled conference that I must attend out-of-state, we request that the deadline be extended to March 23, 2012, and the related hearing on March 26, 2012, be adjourned to a date set by the court. This is the first request for an adjournment of this deadline.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Abigail Bowen
Haworth Coleman & Gerstman, LLC

So Ordered:

_____
The Honorable Dickinson R. Debevoise, U.S.D.J.

*New Jersey Office:* 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182

The Honorable Dickinson R. Debevoise, U.S.D.J.
March 13, 2012
Page 2

Cc:

Richard Winograd, Esq.
Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP
400 Market Street
Newark, New Jersey 07105

John Michael Kunsch, Esq.
Sweeney and Sheehan
216 Haddon Avenue, Suite 500
Westmont, New Jersey 08108

Michael Yarborough
Elizabeth M. Norton, Esq.
Frost Brown Todd LLC
10 West Broad Street
Columbus, OH 43215-3484