

**Michael K. Yarbrough**
Member
614.559.7245 (t)
614.464.1737 (f)
myarbrough@fbtlaw.com

March 19, 2012

The Honorable Dickinson R. Debevoise
United States District Court Judge
District of New Jersey
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street, Room 5083
Newark, NJ 07101-0999

    Re:    *Ramon Reyes v. Keith Machinery Corp., et al.*
            Civil No. 09-5309 (DRD)

Dear Judge Debevoise:

    In your correspondence of March 6, 2012, you asked that each party provide comments concerning proposed changes to the preliminary Jury Instructions made by other parties to the case. I have reviewed Mr. Haworth's proposed changes on behalf of Keith Machinery and have no objection to those proposed changes.

                                 Very truly yours,

                                   Michael K. Yarbrough

MKY:sw

cc:    Richard M. Winograd, Esq. (w/encl)
        Scott L. Haworth, Esq. (w/encl)
        John Michael Kunsch, Esq. (w/encl)