

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Scott Haworth*
*Direct: 212.952.1101*
scott.haworth@hcandglaw.com

March 19, 2012

*Via ECF and Regular Mail*

The Honorable Dickinson R. Debevoise, U.S.D.J.
The United States District Court
for the District of New Jersey
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   ***Reyes v. Keith Machinery Corp., et al.***
      Civil Action No.: 2:09-CV-5309

Dear Judge Debevoise:

     This firm represents defendant Keith Machinery Corp. ("KMC") in the above-referenced matter. For the purposes of judicial economy, KMC submits this letter joining in defendants Littleford Brothers, Inc., Littleford Day, Inc., LFB Inc. and Makino, Inc.'s ("Littleford") Response to Plaintiff's *In Limine* Motions. KMC adopts all arguments set forth in Littleford's Response.

     We appreciate Your Honor's time and attention to this matter.

                                Respectfully submitted,

                                Scott Haworth
                                Haworth Coleman & Gerstman, LLC

Cc:

Richard Winograd, Esq.
Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP
400 Market Street
Newark, New Jersey 07105

The Honorable Dickinson R. Debevoise, U.S.D.J.
March 19, 2012
Page 2

John Michael Kunsch, Esq.
Sweeney and Sheehan
216 Haddon Avenue, Suite 500
Westmont, New Jersey 08108

Michael Yarborough
Elizabeth M. Norton, Esq.
Frost Brown Todd LLC
10 West Broad Street
Columbus, OH 43215-3484