UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>   MARCH 26, 2012

**JUDGE:**  Dickinson R. Debevoise   Cv. 09-5309 (DRD)
**COURT REPORTER**: Mollie Giordano
**DEPUTY CLERK** : Ellen Mc Murray

**TITLE OF CASE:**

   RAMON REYES   V.   KEITH MACHINERY CORP., et al

<u>**APPEARANCES**</u> **:**
   Richard M. Winograd, Esq for pltf.
   Scott L. Haworth, Esq for deft
   Michael K. Yarbrough, Esq for deft
   Abigail Bowen, Esq for deft

<u>**NATURE OF PROCEEDINGS**</u>:   MOTION
   Hearing on joint motion in limine to permit pltf to rely on A.N.S.I standard B177.1
   Pltf granted in part /deft. denied.

   Motion in Limine for limiting instruction as to the defendants's introduction of evidence
     Motion granted.

   Motion in limine as to deft's introduction of evidence that Union Ink was negligent.
     Granted in part.

   Motion in limine that evidence of pltf's comparative negligence be barred entirely.
     Denied but modified.

   Recess from 11:30 - 12:00

   Settlement conference initiated.

                                            Ellen Mc Murray
                                            Sr. Court Room Deputy

Time Commenced:   9:30 am
Time Adjourned :   2:00 pm