

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND REYES<br><br>                    Plaintiff,<br><br>v.<br><br>KEITH MACHINERY CORP., et al<br>                    Defendants. | Civ. No. 09-5309 (DRD)<br><br>**O R D E R** |

This matter, having come before the Court on a Stipulation of Dismissal with Prejudice between all parties as to all claims; and the Court having considered the submissions of the parties;

IT IS on this 3rd day of May hereby ORDERED that the action be and is hereby dismissed as to all litigants, with prejudice.

_____
DICKINSON R. DEBEVOISE, U.S.S.D.J.